IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORI HAGUE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  -v-<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>      Defendant. | Civil Case Number:  3:19-cv-18054-FLW-ZNQ |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' January 9, 2020 Stipulation of Dismissal, all claims asserted against Defendant **MIDLAND CREDIT MANAGEMENT, INC.** in Civil Action No. **3:19-cv-18054-FLW-ZNQ**, are dismissed without prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS 10th day of January, 2020.

_____
HONORABLE FREDA L. WOLFSON
CHIEF UNITED STATES DISTRICT JUDGE